DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ERNST KAAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNST KAAS,<br><br>Defendant. | No. 2:99-CR-0432 WBS<br><br>**STIPULATION AND ORDER VACATING HEARING AND GRANTING MOTION TO TERMINATE SUPERVISED RELEASE**<br><br>Date:  December 19, 2011<br>Time:  9:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ernst Kaas, that Mr. Kaas's motion for early termination of the term of supervised release ordered on May 4, 2000, may be granted and defendant discharged from supervision.

On November 30, 2011, Mr. Kaas moved to terminate supervised release pursuant to 18 U.S.C. § 3583(e)(1), arguing that he satisfies the conditions for early termination recommended by the Judicial Conference. After reviewing the motion, Vladimir Pajcin, Mr. Kaas's supervising probation officer, advised the parties that he favors terminating Mr.

1  Kaas's supervision early.  After consulting with Mr. Pajcin, counsel for
2  the government agrees that the motion should be granted for the reasons
3  stated in it, including Mr. Kaas's medical condition and the absence of
4  any violations.  Accordingly, the parties ask the Court to vacate the
5  hearing set for December 19, grant the motion, and terminate supervised
6  release.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   December 14, 2011              /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ERNST KAAS


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:   December 14, 2011              /s/ T. Zindel for R. Bender
                                        RICHARD J. BENDER
                                        Assistant U.S. Attorney


## O R D E R

The hearing scheduled for December 19, 2011, is vacated.  The Court grants defendant's motion for early termination of supervised release and terminates supervision effective immediately.

IT IS SO ORDERED.

Dated: December 15, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                        -2-